# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JESSE PITTMAN

NO. 2020 KW 1325

**JANUARY 14, 2021**

---

In Re:    State of Louisiana, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 20-CR2-144502.

---

**BEFORE:    GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT DENIED.**

> JMG
> PMc
> WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT